966 A.2d 1075

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RUBEN MEJIAS, DEFENDANT–PETITIONER.

October 22, 2008.

ORDERED that the petition for certification is granted, limited solely to defendant's extended term sentence. On that issue, the matter is summarily remanded to the trial court for resentencing in the light of *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

966 A.2d 1075

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JEFFREY K. GILBERT, DEFENDANT–PETITIONER.

December 15, 2008.

966 A.2d 1075

IN THE MATTER OF THE GUARDIANSHIP OF R.A., JR. A MINOR-
NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES,
PLAINTIFF–RESPONDENT, v. C.M., DEFENDANT–PETITION-
ER.

February 4, 2009.